E-FILED: 08/22/2016

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAZO, | Case No. 2:15-CV-08569-PSG-AS |
| Plaintiff, | HONORABLE PHILLIP S. GUTIERREZ |
| v. | |
| WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice in its entirety. Each party is to bear their own costs and attorneys' fees.

Dated: __8/22/16_____

**PHILIP S. GUTIERREZ**
HONORABLE PHILLIP S. GUTIERREZ
JUDGE OF THE UNITED STATES
DISTRICT COURT
